JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: sam.pead@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 N  **SEALED**

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID JOHN D'ADDABBO, <br><br> Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> Count I: 18 U.S.C. § 922(g)(1), <br> Felon in Possession of a Firearm; <br><br> Case: 1:18-cr-00101 <br> Assigned To : Parrish, Jill N. <br> Assign. Date :11/14/2018 <br> Description: USA v. SEALED |

The Grand Jury charges:

## COUNT I
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm)

On or about October 29, 2018, in the Northern Division of the District of Utah,

### DAVID JOHN D'ADDABBO,

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess, in and affecting interstate commerce, a firearm, to

wit:

1.

a Glock .45 caliber pistol and associated ammunition; all in violation of 18 U.S.C. §

922(g)(1).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

SAM PEAD
Assistant United States Attorney

2.