JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: sam.pead@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 05 2019

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID JOHN D'ADDABBO, Defendant. | FELONY INFORMATION<br><br>VIOLATIONS:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm/Ammunition<br><br>Case No. 1:18-CR-101 JNP |
|---|---|

The United States Attorney charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm/Ammunition)

On or about October 29, 2018, in the Northern Division of the District of Utah,

DAVID JOHN D'ADDABBO,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock .45 caliber pistol and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## **NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a knowing violation of 18 U.S.C. § 922(g), as set forth in Count I of this Information, the defendant shall forfeit any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, the following property:

- Glock .45 handgun (serial # DCS871) with associated magazines and (.45) ammunition found in my truck on October 29-30, 2018

- 9mm ammunition found in my truck on October 29-30, 2018

- Marlin 1894 CS .357 (serial #11097234) found at my residence on November 28, 2018

- Springfield 944 12 gauge (serial #p412696) found at my residence on November 28, 2018

- Colt Sporter Target .223 (serial # ST029768) found at my residence on November 28, 2018

- Winchester 70 .270 (serial # G1222503) found at my residence on November 28, 2018

- Remington 597 .22 (serial # 2925371m) found at my residence on November 28, 2018

- Approximately 8,346 rounds of assorted makes and calibers of ammunition found at my residence on November 28, 2018, as well as all ammunition associated with the firearms outlined above.

3.

Dated this 5th day of April, 2019.


JOHN W. HUBER
United States Attorney


_____
SAM PEAD
Assistant United States Attorney

3.